## NOTICE OF APPEAL

## United States District Court

## Northern District of New York

### UNITED STATES OF AMERICA

**Criminal No.: 7:22-CR-432**

vs.

**Honorable Andrew T. Baxter**

### PEYTON S. SNOWDEN

Notice is hereby given that Peyton S. Snowden appeals to the District Court from the judgment of one count of Title 18, United States Code, Section 13-7990.M, and Miscellaneous General Offenses, Other (NYS AGM 353, Over driving, torturing, and injuring animals; failure to provide proper sustenance entered in this action on July 25, 2023.

This appeal concerns: Conviction and Sentence

Defendant found guilty by trial.

Offense occurred after November 1, 1987?  Yes

Date of sentence July 18, 2023.

Bail/Jail Disposition: Committed

Appellant was represent by counsel during the duration of the criminal case. Appellant does not have an Appeal attorney and will be indigent once separated from the Army.

Date: July 31, 2023

_____
Eric T. Swartz, Esq.